F I L E D
Clerk
District Court

DEC 23 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

JAMES WILLIAM TAYLOR,

           Plaintiff,

   v.

EDWARD T. BUCKINGHAM, et al.,

           Defendants.

Case No. 1:13-cv-00012

**ORDER DISMISSING AND CLOSING CASE**

    Before the Court is the parties' stipulation to dismiss this matter with prejudice and for the court to retain jurisdiction to enforce the terms of settlement. (ECF Nos. 17–18.) The stipulation is GRANTED, and the case is dismissed. The Court retains jurisdiction to enforce the terms of settlement. The motion to dismiss (ECF No. 8) is denied as moot. The Clerk of Court is directed to close this case.

    SO ORDERED this 23rd day of December, 2013.

                                              RAMONA V. MANGLONA
                                              Chief Judge